708 January 28, 2026 No. 45

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of R. E. L.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

R. E. L.,
*Appellant.*

Multnomah County Circuit Court
25CC01816; A187354

Jane W. Fox, Judge.

Submitted December 12, 2025.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Interim Deputy Attorney General, and Julia Glick, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Reversed.

**EGAN, J.**

Appellant appeals a judgment committing him to the Mental Health Division for a period not to exceed 180 days on the basis that he had a mental disorder and that, as a result, he posed a danger to himself. ORS 426.005(1)(f)(A) (2025). The trial court made that finding after a hearing in which witnesses testified and opined that appellant's mental disorder causes him to pose a danger to others. Appellant contends that there was insufficient evidence for the court to commit him on the basis that he posed a danger to himself. The state concedes that the record lacks sufficient evidence for the court to so find. Having reviewed the record, we accept the state's concession and reverse the judgment of commitment.

Reversed.